IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:26-CV-00475

| | |
|---|---|
| LATAWSHA BRADLEY, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendant. | **NOTICE OF REMOVAL** |

Defendant Equifax Information Services LLC ("Equifax"), by its attorneys and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, removes this case from the Superior Court of Mecklenburg County, State of North Carolina to the United States District Court for the Western District of North Carolina, Charlotte Division. In support of its Notice of Removal, Equifax states as follows:

**BACKGROUND AND TIMELINESS**

On or about May 12, 2026, *Pro Se* Plaintiff Latawsha Bradley ("Plaintiff") commenced a civil action against Equifax by filing a Complaint in Mecklenburg County Superior Court, State of North Carolina, entitled *Latawsha Bradley v. Equifax Information Services LLC*, Case No.: 26CV026118-590 ("State Court Action") alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, against Equifax.

Equifax was served with Plaintiff's Complaint on May 19, 2026. True and correct copies of the Summons and Complaint, together with all process, pleadings, and orders served upon or by Equifax, are attached hereto. These documents constitute all "process, pleadings,

and orders" served upon Equifax in the state court action as required by 28 U.S.C. § 1446(a). *See* **Exhibit A.**

This Notice of Removal is timely, as Equifax has filed this Notice of Removal within thirty-days after Defendant was first served with the Complaint, the initial pleading, setting forth the claims for relief upon which Plaintiff's action is based.

**THIS CASE IS REMOVABLE BASED UPON**

**FEDERAL QUESTION JURISDICTION**

In her Complaint, Plaintiff purports to bring claims arising out of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.* (*See* Complaint) Plaintiff seeks relief in the form of statutory and actual damages, along with the fees and the costs of litigation, for alleged injuries, actual damages, and harm, as well as such other relief the Court may deem equitable. (*See* Complaint.)

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending."

This Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, which provides that the "district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." This is because Plaintiff alleges that Equifax violated the FCRA, which is a federal law. *Id.*

Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441.

2

## VENUE AND NOTICE TO STATE COURT

Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Because this action is pending in the Superior Court of Mecklenburg County, State of North Carolina, venue, for purposes of removal, is proper in this Court pursuant to 28 U.S.C. §§ 1441 and 1446(a). Equifax, therefore, removes this action to the United States District Court for the Western District of North Carolina, Charlotte Division.

Promptly upon the filing of this Notice of Removal, Equifax shall file a Notice of Filing of Removal to Federal Court, together with a copy of the Notice of Removal, with the Superior Court of Mecklenburg County, State of North Carolina, and will serve a copy thereof on *Pro Se* Plaintiff, pursuant to 28 U.S.C. 1446(d). A copy of this Notice (without exhibits) is attached hereto at **Exhibit B**.

## CONCLUSION

Equifax submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages he seeks may be properly sought).

Should Plaintiff seek to remand this case to state court, Equifax respectfully asks that it be permitted to brief and argue the issue of this removal prior to any order remanding this case. In the event the Court decides remand is proper, Equifax asks that the Court retain jurisdiction and allow Equifax to file a motion asking this Court to certify any remand order

3

for interlocutory review by the Fourth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b).

Based on the foregoing, this Court has original federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331 due to Plaintiff's FCRA claims. Therefore, the Court properly may exercise jurisdiction over this lawsuit. *See* 28 U.S.C. § 1441.

WHEREFORE, Equifax submits that this action properly is removable based on original federal question jurisdiction and respectfully requests that the above-described action pending against it be removed to the United State District Court for the Western District of North Carolina., Mecklenburg Division  Equifax also requests all other relief, at law or in equity, to which it justly is entitled.

DATED: June 17, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Vincent Smolczynski*

Vincent Smolczynski
NC Bar No. 59715
vsmolczynski@seyfarth.com
SEYFARTH SHAW LLP
300 S. Tryon Street, Suite 400
Charlotte, NC 28202
Telephone: (704) 925-6043
Facsimile: (704) 946-6083

*Counsel for Defendant*
*Equifax Information Services LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, I presented the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system and served upon *Pro Se* Plaintiff via electronic mail and U.S. Mail, addressed to:

Latawsha Bradley
2224 Nexus Drive
#211
Charlotte, NC 28262
latawshab@gmail.com

*/s/ Vincent Smolczynski*
Vincent Smolczynski

*Counsel for Defendant Equifax Information Services LLC*

326602134v.1